UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROSALIND SWAGGER,
    Plaintiff,

v.

JP MORGAN CHASE, N.A., et al.
    Defendants.
_____/

No. C 09-5047 SBA MED

**ORDER DENYING REQUEST FOR DEFENDANT JP MORGAN CHASE, N.A.'S INSURANCE CARRIER REPRESENTATIVE TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MEDIATION SESSION**

Date:    April 14, 2010
Mediator:    Thomas Denver

IT IS HEREBY ORDERED that the request for defendant JP Morgan Chase, N.A.'s insurance carrier representative, Victoria Skyles, to be excused from personal attendance at the April 14, 2010 mediation session before Thomas Denver is DENIED.

IT IS SO ORDERED.

March 23, 2010        By:    *Elizabeth D. Laporte*
Dated                                 Elizabeth D. Laporte
                                       United States Magistrate Judge