# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ROSALIND SWAGGARD,<br><br>           Plaintiff,<br>     v.<br><br>CHASE aka CHASE AUTOMOTIVE FINANCE CORPORATION; and Does 1-10, inclusive,<br><br>           Defendants._____ / | No. C 09-5047 SBA (MEJ)<br><br>**ORDER RE TELEPHONIC CONFERENCE REQUEST (DKT. #33)** |

Plaintiff has formally requested that the parties be allowed to meet and confer over the telephone, rather than in person, prior to filing a discovery dispute letter with the undersigned. The Court hereby GRANTS Plaintiff's request and ORDERS the parties to meet and confer telephonically.

**IT IS SO ORDERED.**

Dated: March 30, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge