GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:      (415) 543-4800
Facsimile:      (415) 972-6301
Email:          gweickhardt@rmkb.com
                wkrog@rmkb.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously
sued herein as CHASE aka CHASE AUTOMOTIVE
FINANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIND SWAGGARD, | CASE NO.  09-CV-05047 SBA |
| Plaintiff, | **ORDER RE EXPERT DISCLOSURE** |
| v. | |
| CHASE aka CHASE AUTOMOTIVE FINANCE CORPORATION; and DOES 1-10, Inclusive, | |
| Defendants. | |

The parties having stipulated and good cause appearing therefor,

The Court hereby approves the following schedule for expert disclosures:

Initial expert disclosure, including full report, to be served by fax or email:  May 3, 2010

Each party shall produce its expert(s) for deposition in the district where the expert resides, without requiring that the expert be subpoenaed, during the week of May 10.  The deposition may, at the option of the deposing party, be by telephone.

Rebuttal expert disclosure, including report, to be served by fax or email:  May 21, 2010

Dated: 4/19/10

*[signature]*
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

RC1/5552789.1/AB7                                - 1 -                       [[PROPOSED] ORDER RE EXPERT DISCLOSURE